636

17, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Lawrence E. Green* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Lee A. Jackson* for respondent.

No. 346. DEPPE *v.* UNITED STATES BOARD OF TAX APPEALS ET AL. October 17, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. William P. Deppe, pro se. Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Carlton Fox* for respondents.

No. 351. MISSISSIPPI FOR THE USE OF SMITH ET AL. *v.* BRABHAM, SHERIFF, ET AL. October 17, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. J. N. Flowers* for petitioners. No appearance for respondents.

No. 354. NEW YORK, CHICAGO & ST. L. R. CO. *v.* HAYNES. October 17, 1938. Petition for writ of certiorari to the Circuit Court of Madison County, Illinois, denied. *Messrs. Clarence E. Pope* and *H. F. Driemeyer* for petitioner. *Mr. Thomas Williamson* for respondent.

No. 356. O'BRIEN *v.* FIRST NATIONAL BANK, TRUSTEE. October 17, 1938. Petition for writ of certiorari to the Appellate Court, 1st District, of Illinois, denied. *Mr. Lloyd C. Whitman* for petitioner. *Messrs. Harold V. Amberg* and *Walter H. Jacobs* for respondent.